PEOPLE v. GREENFIELD. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Proceeding by the People of the State of New York against Howard Greenfield. No opinion. Motion denied. See, also, 153 N. Y. Supp. 1133.

PEOPLE, Respondent, v. GREENFIELD, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Proceeding by the People of the State of New York against Howard Greenfield. No opinion. Motion denied. See, also, 153 N. Y. Supp. 1133.

PEOPLE, Respondent, v. HALLETT, Appellant. (Supreme Court, Appellate Division, Second Department. May 14, 1915.) Proceeding by the People of the State of New York against William Hallett. No opinion. Judgment of conviction of the Court of Special Sessions affirmed.

PEOPLE v. KALHOFER et al. · (No. 7375.) (Supreme Court, Appellate Division, First Department. May 28, 1915.) Appeal from Trial Term, New York County. David Kalhofer, impleaded with another, was convicted of horse poisoning. From the judgment, and order denying his motion for new trial, he appeals. Judgment and order affirmed. R. S. Johnstone, of New York City, for appellant. J. F. McIntyre, of New York City, for the People.

PER CURIAM. Judgment and order affirmed. Order filed.

DOWLING, J., dissents, on the grounds stated in his dissenting memorandum in People v. Swersky, 153 N. Y. Supp. 1134, decided herewith.

PEOPLE, Respondent, v. LE ROSE, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Proceeding by the People of the State of New York against Nicodine Le Rose. No opinion. Judgment of conviction of the County Court of Kings County reversed, and new trial ordered, upon the ground that it was error to admit evidence of the weapons behind the bar, which evidence became more injurious on account of the use made of it by the assistant district attorney in his address to the jury.

PEOPLE v. LIDDY. (Supreme Court, Appellate Division, First Department. June 11, 1915.) Proceeding by the People of the State of New York against James E. Liddy. No opinion. Motion to dismiss appeal granted, unless appellant comply with terms stated in order. Order filed.

PEOPLE, Respondent, v. NORTON, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 28, 1915.) Proceeding by the People of the State of New York against Jack Norton. No opinion. Appeal dismissed upon stipulation filed.

PEOPLE, Respondent, v. OSTRANSKY, Appellant. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Proceeding by the People of the State of New York against Max Ostransky. K. H. Rosenberg, of New York City, for appellant. L. Fabricant, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. PAGE, Appellant. (Supreme Court, Appellate Division, First Department. May 28, 1915.) Proceeding by the People of the State of New York against Villa F. Page. W. Chilvers, of New York City, for appellant. R. C. Taylor, of New York City, for the People. No opinion. Judgment affirmed. Order filed.

PEOPLE, Respondent, v. PARK ROW REALTY CO., Appellant, et al. (Supreme Court, Appellate Division, Third Department. May 28, 1915.) Proceeding by the People of the State of New York against the Park Row Realty Company, impleaded with others. No opinion. Motion granted. See, also, 152 N. Y. Supp. 1133.

PEOPLE, Appellant, v. PEREZ, Respondent. (Supreme Court, Appellate Division, Second Department. May 7, 1915.) Proceeding by the People of the State of New York against John Perez. No. opinion. Order of the Court of Special Sessions, arresting judgment, reversed, upon authority of People v. Post, 163 App. Div. 119, 148 N. Y. Supp. 487, and cause remitted to said court, with directions to render judgment.

PEOPLE v. RICHTER. (Supreme Court, Appellate Division, Second Department. May 25, 1915.) Proceeding by the People of the State of New York against Henry W. Richter. No opinion. Motion denied. See, also, 153 N. Y. Supp. 1133.

PEOPLE, Respondent, v. RICHTER, Appellant. (Supreme Court, Appellate Division, Second Department. June 4, 1915.) Proceeding by the People of the State of New York against Henry W. Richter. No opinion. Motion for leave to argue the appeal on the typewritten minutes denied. Motion to dismiss appeal denied, upon condition that defendant perfect his appeal, place the case at the foot of the present calendar, and be ready for argument when reached; otherwise, motion granted. See, also, 153 N. Y. Supp. 1133.

PEOPLE, Respondent, v. RICHTER, Appellant. (Supreme Court, Appellate Division, Second Department. June 17, 1915.) Proceeding by the People of the State of New York against Henry W. Richter. No opinion. Judgment of conviction of the Court of Special Sessions affirmed by default. See, also, 153 N. Y. Supp. 1133.